United States District Court
Southern District of Texas

**ENTERED**

July 06, 2026

Nathan Ochsner, Clerk

**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | | |
|---|---|---|
| MIGUEL ANGEL ALONZO URIZAR, | § | |
| | § | |
| Petitioner, | § | |
| v. | § | CIVIL ACTION NO. H-26-4279 |
| | § | |
| MARTIN FRINK, *et al.*, | § | |
| | § | |
| Respondents. | § | |

## DISMISSAL ORDER

The respondents have filed a status update informing the court that the petitioner, Miguel Angel Alonzo Urizar, has been removed from this country.  (Docket Entry No. 10).  The court dismisses this case, without prejudice, as moot.  All pending motions are terminated as moot.

SIGNED on July 6, 2026, at Houston, Texas.

_____
Lee H. Rosenthal
Senior United States District Judge